UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY LYNCH,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN BURNETT, et al,<br><br>Defendants. | Case No. 18-cv-1677 DMS (JLB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |

On November 2, 2018, Plaintiff Paul Anthony Lynch, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a First Amended Complaint pursuant to 42 U.S.C. § 1983 alleging violations to his right to be free from cruel and unusual punishment and his right to medical care. On December 19, 2018, Defendants Matthew Botkin, Zachary Pfannestiel, Christian Sharp, and James Burnet filed the instant motion to dismiss Plaintiff's FAC. On June 20, 2019, Magistrate Judge Jill L. Burkhardt issued a Report and Recommendation ("R&R"), recommending that the Court (1) deny the motion as to Plaintiff's excessive force claim against Defendant Botkin; (2) grant the motion as to Plaintiff's excessive force claim against Defendants Pfannestiel, Sharp, and Burnett, with leave to amend; and (3) grant the motion as to Plaintiff's failure to provide adequate medical claim against Defendants, with leave to amend. Plaintiff filed an objection to the R&R on July 8,

2019.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections thereto, adopts the Magistrate Judge's recommendation granting in part and denying in part Defendants' motion. Plaintiff may file a Second Amended Complaint on or before **August 20, 2019**. The Clerk of the Court shall enter the judgment accordingly.

**IT IS SO ORDERED.**

Dated: July 22, 2019

Hon. Dana M. Sabraw
United States District Judge