# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY LYNCH,<br><br>         Plaintiff,<br>v.<br>KEVIN BURNETT, et al.,<br><br>         Defendants. | Case No.: 18cv1677 DMS (JLB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING DEFENDANT'S MOTION TO DISMISS** |

On July 23, 2018, Plaintiff Paul Anthony Lynch, a state prisoner proceeding pro se, filed a Complaint under the Civil Rights Act, 42 U.S.C. § 1983. Plaintiff alleges her constitutional rights were violated on August 8, 2017 at her private residence in San Diego, California.

On August 29, Defendant James Burnett filed a motion to dismiss Plaintiff's Second Amended Complaint. Plaintiff submitted an opposition to the motion, and Defendant filed a reply.

On October 29, 2019, Magistrate Judge Jill. L. Burkhardt issued a Report and Recommendation ("R&R") on the motion to dismiss, recommending that it be denied. Plaintiff filed an objection to the R&R, but it was not timely. Defendant did not file an objection.

This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R in its entirety and denies Defendant's motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 3, 2020

*[signature]*
Hon. Dana M. Sabraw
United States District Judge