UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY LYNCH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KEVIN BURNETT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18cv01677 DMS (JLB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING PLAINTIFF'S MOTION TO JOIN PARTIES** |

　　　This case comes before the Court on the Magistrate Judge's report and recommendation ("R&R") concerning Plaintiff's motions to join parties, dated September 1, 2020. The Magistrate Judge recommends that the Court grant Plaintiff's motions. No party has filed objections to the R&R, and the time for doing so has expired.

　　　Having reviewed *de novo* the Magistrate Judge's R&R, the Court adopts the R&R in its entirety, grants Plaintiff's motions to join parties (ECF Nos. 58, 77), and grants Plaintiff leave to file a Third Amended Complaint adding Matthew Botkin, David Judge, and Casey Moss as defendants. Plaintiff may file a Third Amended Complaint on or before **October 23, 2020.**

/ / /

/ / /

/ / /

**IT IS SO ORDERED**.

Dated: September 25, 2020

Hon. Dana M. Sabraw
United States District Judge