UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY LYNCH,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN BURNETT, et al.,<br><br>    Defendant. | Case No.  18CV1677 DMS (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Dana M. Sabraw<br>Court Room:  13A<br><br>Magistrate:  Hon. Jill L. Burkhardt<br>Court Room:  5C |

The joint motion of Plaintiff PAUL ANTHONY LYNCH and Defendant JAMES BURNETT to dismiss this action in its entirety, with prejudice, is **GRANTED**. Each side shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  October 28, 2020

_____
Hon. Dana M. Sabraw
United States District Judge